RECEIVED

APR 1 1 2012

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| HYLTON W. HANSON, JR. | * | CIVIL ACTION NO.  10-1323 |
| VERSUS | * | JUDGE TOM STAGG |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [doc. # 20] is GRANTED IN PART, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Hylton W. Hanson, Jr. for attorney fees in the amount of $5,962.50 (39.75 hours at $150.00 per hour), plus $350 for the cost of the filing fee.

IT IS FURTHER ORDERED that the motion [doc. # 20] is otherwise DENIED.

IT IS FURTHER ORDERED that if an application for attorney's fees is made before this court under 42 U.S.C. § 406(b), counsel for plaintiff is granted an extension of thirty (30) days from receipt of the Notice of Award within which to submit the fee application under the Social Security Act.

THUS DONE AND SIGNED in chambers, this 11th day of _April_____ 2012, Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE